CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 6 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANK BESMON SILVERTHORNE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | By Hon. Glen E. Conrad |
| MR. SHARP, et al., | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 6th day of January, 2006.

/s/ Glen E. Conrad
United States District Judge